# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1685
Lower Tribunal No. 2024-CA-001166

_____

WILLIAM P. PETERS,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

December 30, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and BROWNLEE, JJ., concur.


William P. Peters, Kissimmee, pro se.

James Uthmeier, Attorney General, and Gerald T. Roden, Assistant Attorney General, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED